IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-rj-00006-NONE

Plaintiffs, MICHAEL WERDIGER, INC. and ADAMAS MANUFACTURING CORPORATION

vs

Defendants, LUCENT DIAMONDS, INC. and ALEX GRIZENKO

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of the above-named MICHAEL WERDIGER, INC. and ADAMAS MANUFACTURING CORPORATION and against the above-named LUCENT DIAMONDS, INC. and ALEX GRIZENKO in the above-entitled action, on the __19th__ day of December, 2007, in the sum of $455,563.11 and for costs and the Plaintiffs, MICHAEL WERDIGER, INC. and ADAMAS MANUFACTURING CORPORATION by and through their successor in interest, ELOQUENCE CORPORATION, acknowledge satisfaction by agreement of said judgment, costs and interest in full and desire to release this judgment and hereby fully and completely satisfy the same.

ELOQUENCE CORPORATION as successor in
interest to MICHAEL WERDIGER, INC. and
ADAMAS MANUFACTURING CORPORATION

By: _____
        [signature]
Its: _____

Subscribed and sworn to me by ___Alan Kleinberg___

on behalf of ELOQUENCE CORPORATION as successor in interest to MICHAEL WERDIGER, INC. and ADAMAS MANUFACTURING CORPORATION, this __15__ day of ___November___, __2010__.

Given under by hand and notarial seal.

___2/7/2014___       ___Carl Clew___
My commission expires:     Notary Public   Leslie Clew
                                     01CL5023470
                                     New York State
                                     Westchester County